```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

VINCENT MARK CASTILLO                                   CIVIL ACTION

VERSUS                                                  NUMBER: 06-9872

TROY SELF, ET AL.                                       SECTION: "A"(5)


O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the motion to dismiss of the St. Charles Parish defendants is granted, dismissing all claims raised in plaintiff's complaint which occurred more than one year prior to November 10, 2006.

**IT IS FURTHER ORDERED** that the motion to dismiss of the USPS be granted and that plaintiff's claims against it be dismissed.

**IT IS FURTHER ORDERED** that plaintiff's claims against District

Attorney Morel are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i).

**IT IS FURTHER ORDERED** that the federal claims raised in paragraphs fourteen, seventeen, and twenty of plaintiff's compliant are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i) and that any state law claims raised in those paragraphs are dismissed without prejudice pursuant to 28 U.S.C. §1367(c).

June 14, 2007

_____
UNITED STATES DISTRICT JUDGE