UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VINCENT MARK CASTILLO                              CIVIL ACTION

VERSUS                                             NUMBER: 06-9872

TROY SELF, ET AL.                                  SECTION: "A"(5)


O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the defendants' motion to dismiss is granted and that plaintiff's claims against the Louisiana Department of Corrections and the Louisiana Parole Board are dismissed.

June 14, 2007

_____
UNITED STATES DISTRICT JUDGE